TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-08-00665-CV






William "Bill" Moriarty; Moriarty & Associates, LLC; Diane Hyatt;

and Diane Hyatt & Associates, LLC, Appellants


v.


Malcolm Pirnie, Inc.; Parsons Engineering Science, Inc.;

K Friese & Associates, Inc.; Karen Friese; James Clinton Walker; Lynn Mays; 

Greg Wieland; and Bruce Todd, Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. D-1-GN-08-003745, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING







O R D E R



 Appellants have filed an unopposed motion to dismiss their appeal against appellees
Karen Friese and K Friese & Associates, Inc., informing the Court that appellants have settled
all matters in dispute with these two appellees. We grant the unopposed motion and dismiss the
appeal in part against Karen Friese and K Friese & Associates, Inc. See Tex. R. App. P. 42.1(a). 
Appellants' appeal remains pending against the other appellees.

 It is so ORDERED June 3, 2009.


 __________________________________________

 G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop